TRADE BANK OF NEW YORK, Respondent, *v.* UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant.

(Argued October 8, 1928; decided October 23, 1928.)

*William J. McArthur* for appellant.
*Max Horowitz* and *Solon B. Lilienstern* for respondent.

Judgment of Appellate Division and that of Trial Term reversed, and complaint dismissed, with costs in all courts, on the ground that within the meaning of the policy the plaintiff's loss was indirectly effected by means of forgery.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.